IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-85GCM

| | |
|---|---|
| JOHN T. MILLER, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| DRIVEN BRANDS SHARED ) | |
| SERVICES, LLC, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David S. Shankman** filed on March 4, 2015 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Shankman is admitted to appear before this court *pro hac vice* on behalf of Defendant, Driven Brands Shared Services, LLC.

**IT IS SO ORDERED.**

Signed: March 6, 2015

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge